

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Kenneth Eugene Walker,

Vs. No. 11-21-00267-CR

The State of Texas,

\* From the 32nd District Court
of Nolan County,
Trial Court No. 13286.

\* March 23, 2023

\* Memorandum Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.